UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD PRENTICE, CHRISTIAN MILLER AND TIFFINEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FUND FOR PUBLIC INTEREST RESEARCH, INC ,<br><br>Defendants. | Case No. ~~C-06-776-EMC~~ C06-7776 EMC<br><br>CLASS AND COLLECTIVE ACTION COMPLAINT FOR VIOLATIONS OF THE FAIR LABOR STANDARDS ACT AND STATE WAGE AND HOUR AND INJUNCTIVE RELIEF |

## STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT ; ORDER

Come now, RICHARD PRENTICE, CHRISTIAN MILLER AND TIFFINEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly ("Plaintiffs"), by and through their attorneys and FUND FOR PUBLIC INTEREST RESEARCH, INC., ("Defendant"), by and through its attorney and herby stipulate and agree pursuant to Civil L.R. 6 1, agree as follows:

1. The Complaint in this matter was served on January 9, 2007.

2. Pursuant to the Federal Rules of Civil Procedure, Defendant would be required to file an Answer or otherwise respond to the Complaint by January 30, 2007.

3   However, the parties have agreed and hereby stipulate that Defendant shall have an additional 45 days to Answer or otherwise respond to the Complaint.

4   Thus, the Answer or other response shall be filed on or before Friday, March 16, 2007.

Dated this 16th day of January, 2007.

_____  _____
On Behalf of Plaintiffs            On behalf of Defendant

IT IS SO ORDERED:

Edward M. Chen
U.S. Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
(United States District Court, Northern District of California seal)