David A. Lowe (State Bar #178811)
John T. Mullan (State Bar # 221149)
RUDY, EXELROD & ZIEFF, L.L.P.
351 California Street, Suite 700
San Francisco, CA  94104
Telephone: (415) 434-9800
Facsimile:  (415) 434-0513
Email:  dal@reztlaw.com
Email:  jtm@reztlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFINEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FUND FOR PUBLIC INTEREST RESEARCH, INC., <br><br> Defendants. <br> _____/ | Case No.  C-06-7776 SC <br><br> **CLASS ACTION** <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> **Before:  Hon. Samuel Conti Courtroom 1** |

Counsel for Plaintiffs and for Defendant Fund for Public Interest Research, Inc., have conferred and jointly seek the relief sought herein.

The parties to this action, by and through their respective legal counsel, hereby request and stipulate that the following Order be entered by the Court in the above-entitled action without further hearing:

WHEREAS, pursuant to Fed. R. Civ. P. 26(f), the parties timely met and conferred on

April 3, 2007, and filed a written report pursuant to Fed. R. Civ. P. 26(f) on April 19, 2007, within the deadlines contemplated by the Court's rules;

WHEREAS, the Case Management Conference was initially scheduled to take place on April 27, 2007 at 10:00 a.m.;

WHEREAS, on April 25, 2007, the parties were notified by the Court that the Case Management Conference had been continued to May 4, 2007 at 10:00 a.m.

WHEREAS, the parties' pre-arranged obligations conflict with the May 4, 2007 date;

WHEREAS, there have been no prior continuances of the Case Management Conference;

WHEREAS, counsel for both parties have met and conferred regarding the first available mutually acceptable date that corresponds with the Court's Law and Motion calendar, and have agreed to this stipulation to continue the Case Management Conference by three weeks to May 25, 2007 at 10:00 a.m. in order to accommodate their pre-arranged obligations;

THE PARTIES HEREBY STIPULATE AND REQUEST THAT:

The Case Management Conference be continued to Friday, May 25, 2007 at 10:00 a.m.

Dated: April 27, 2007           Respectfully submitted,

                                RUDY, EXELROD & ZIEFF, LLP



                                By:  ___s/John T. Mullan_____
                                     **John T. Mullan**
                                     **Attorneys for Plaintiffs**



                                **SHERMAN & HOWARD, LLC**



                                By: ___s/W.V. Bernie Siebert_____
                                     **W.V. Bernie Siebert**
                                     **Attorneys for Defendant**

Based on the stipulation of the parties, and good cause appearing therefore, the Case Management Conference set for May 4, 2007 is continued to Friday, May 25, 2007 at 10:00 am.

**Dated:** 5/1/07



HON. _____ CONTI
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Samuel Conti