1   RAYMOND L. WHEELER (BAR NO. 52886)
    RWheeler@mofo.com
2   MORRISON & FOERSTER LLP
    755 Page Mill Road
3   Palo Alto, California 94304-1018
    Telephone: (650) 813-5600
4   Facsimile: (650) 494-0792

5   MAHOGANY PAULINO JENKINS (BAR NO. 235055)
    MahoganyJenkins@mofo.com
6   MORRISON & FOERSTER LLP
    425 Market Street
7   San Francisco, California 94105-2482
    Telephone: (415) 268-7000
8   Facsimile: (415) 268-7522

9   WALTER V. SIEBERT *(pro hac vice)*
    BSiebert@sah.com
10  SHERMAN & HOWARD L.L.C.
    633 Seventeenth Street, Suite 3000
11  Denver, Colorado 80202-3622
    Telephone: (303) 297-2900
12  Facsimile: (303) 298-0940

13  Attorneys for Defendant
    FUND FOR PUBLIC INTEREST RESEARCH, INC.

14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                        SAN FRANCISCO DIVISION

18

| | |
|---|---|
| 19  RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFINEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUND FOR PUBLIC INTEREST RESEARCH, INC.,<br><br>Defendant. | No.    C-06-7776 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY**<br><br>Hearing Date: NONE<br>Time:         N/A |

STIPULATION FOR EXTENSION OF TIME
No. C-06-7776 SC
sf-2285008

1   COME NOW, RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFINEY
2   PETHERBRIDGE, ("Plaintiffs") and FUND FOR PUBLIC INTEREST RESEARCH,
3   ("Defendant") and hereby stipulate as follows:
4   1.   On or shortly after May 4, 2007, Plaintiffs served Defendant with Interrogatories,
5   Requests for Production or Documents and a Notice of Deposition pursuant to
6   Fed. R. Civ. P. 30(b)(6).
7   2.   Defendant is required to respond to the written discovery on or before June 8, 2007.
8   3.   Because of the substantial amount of information sought, Defendant has requested and
9   the parties have stipulated that Defendant shall have to and including June 28, 2007 to submit
10  its responses to the written discovery.
11  4.   There was one previous stipulation to extend time for Defendant to Answer or
12  otherwise Respond to the Complaint that was served without request for waiver of service.
13  5.   This stipulation to extend time will have no effect on any schedule for the case.
14  Dated:  May 29, 2007

RAYMOND L. WHEELER
MAHOGANY PAULINO JENKINS
MORRISON & FOERSTER LLP

WALTER V. SIEBERT (*Pro Hac Vice*)
SHERMAN & HOWARD L.L.C.


By:  s/ Walter V. Siebert
     Walter V. Siebert
   Attorneys for Defendant
   FUND FOR PUBLIC INTEREST RESEARCH,
   INC.

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti]*

STIPULATION FOR EXTENSION OF TIME         1
No. C-06-7776 SC
sf-2285008

1
2
                                        DAVID A. LOWE
                                        JOHN T. MULLAN
                                        RUDY, EXELROD & ZIEFF, L.L.P.

3
4                                         By:  <u>s/ John T. Mullan</u>
                                                    John T. Mullan
5                                         Attorneys for Plaintiffs
                                        RICHARD PRENTICE, CHRISTIAN
6                                         MILLER, and TIFFINEY PETHERBRIDGE.

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR EXTENSION OF TIME            2
No. C-06-7776 SC
sf-2285008