1  David A. Lowe (State Bar #178811)
   John T. Mullan (State Bar # 221149)
2  RUDY, EXELROD & ZIEFF, L.L.P.
   351 California Street, Suite 700
3  San Francisco, CA 94104
   Telephone: (415) 434-9800
4  Facsimile: (415) 434-0513
   Email: dal@reztlaw.com
5  Email: jtm@reztlaw.com

6  Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFNEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FUND FOR PUBLIC INTEREST RESEARCH, INC.,<br><br>　　　　　　Defendant | No. C-06-7776 SC<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO WRITTEN DISCOVERY**<br><br>Hearing Date: NONE<br>Time:　　　 N/A |

1  RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFNEY PETHERBRIDGE,
2  ("Plaintiffs") and FUND FOR PUBLIC INTEREST RESEARCH, ("Defendant") hereby stipulate
3  as follows:
4  1.  On or shortly after June 18, 2007, Defendant served Plaintiffs with Interrogatories,
5  and Requests for Production or Documents.
6  2.  Plaintiffs are required to respond to the written discovery on or before July 23,
7  2007.
8  3.  Because of the substantial amount of information sought from a number of different
9  opt-in plaintiffs, Plaintiffs have requested, and the parties have stipulated, that Plaintiffs shall have
10 to and including August 6, 2007 to serve its responses to the written discovery.
11 4.  There have been two previous stipulations: the first to extend time for Defendant to
12 Answer or otherwise Respond to the Complaint that was served without request for waiver of
13 service; and the second to extend time for Defendant to respond to Plaintiffs' discovery.
14 5.  This stipulation to extend time will have no effect on any schedule for the case.

DATED: July 20, 2007

RUDY, EXELROD & ZIEFF, L.L.P.

By:  s/David A. Lowe
     DAVID A. LOWE
     JOHN T. MULLAN
     Attorneys for Plaintiffs
     RICHARD PRENTICE, CHRISTIAN
     MILLER and TIFFNEY PETHERBRIDGE

SHERMAN & HOWARD L.L.C.

By:  s/Walter V. Siebert
     WALTER V. SIEBERT (*Pro Hac Vice*)
     Attorneys for Defendant
     FUND FOR PUBLIC INTEREST
     RESEARCH, INC.

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]