1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD PRENTICE, et al.,    )
                                  )
12            Plaintiff(s),       )    No. C06-7776 SC (BZ)
                                  )
13        v.                      )
                                  )
14   FUND FOR PUBLIC INTEREST     )    **INITIAL DISCOVERY ORDER**
     RESEARCH INC.,               )
15                                )
              Defendant(s).       )
16                                )
                                  )
17   _____ )

18       All discovery in this matter has been referred to United
19   States Magistrate Judge Bernard Zimmerman.
20       In the event a discovery dispute arises, the parties
21   shall meet in person or, if counsel are outside the Bay Area,
22   by telephone and make a good faith effort to resolve their
23   dispute.  Exchanging letters or telephone messages about the
24   dispute is insufficient.  The Court will not read subsequent
25   positioning letters; parties shall instead make a
26   contemporaneous record of their meeting using a tape recorder
27   or a court reporter.
28

                                    1

1    In the event they cannot resolve their dispute, the
2 parties must participate in a telephone conference with the
3 Court **before** filing any discovery motions or other papers.
4 The party seeking discovery shall request a conference in a
5 letter served on all parties not exceeding two pages (with no
6 attachments) which briefly explains the nature of the action
7 and the issues in dispute.  Other parties may reply in similar
8 fashion within two days of receiving the letter requesting the
9 conference.  The Court will contact the parties to schedule
10 the conference.
11    After the conference with the Court, if filing papers is
12 deemed necessary, they should be filed **electronically** with the
13 Clerk's Office, with **one hard copy delivered directly to**
14 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
15 chambers copy of all briefs shall be submitted on a diskette
16 formatted in WordPerfect 6, 8, 9, 10 or WordPerfect X3 or may
17 be e-mailed to the following address: bzpo@cand.uscourts.gov
18 Dated: July 31, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\PRENTICE\INITIAL DISCOVERY.ORD.wpd

2