1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11   RICHARD PRENTICE, et al.,    )
                                  )
12            Plaintiff(s),       )      No. C06-7776 SC (BZ)
                                  )
13        v.                      )
                                  )      **BRIEFING ORDER**
14   FUND FOR PUBLIC INTEREST     )
     RESEARCH INC.,               )
15                                )
              Defendant(s).       )
16                                )
                                  )
17   _____)

18        Having been referred defendant's motion to compel

19   discovery, **IT IS HEREBY ORDERED** as follows:

20        1.  Any opposition to the motion to compel shall be filed

21   by **Wednesday, August 15, 2007.**

22        2.  Any reply shall be filed by **Wednesday, August 22,**

23   **2007.**

24        3.  If necessary, the Court will notice a hearing.

25   Dated: July 31, 2007

26                                _____

                                      Bernard Zimmerman
27                                United States Magistrate Judge

28   G:\BZALL\-REFS\PRENTICE\Briefing Order.wpd

                            1