David A. Lowe (State Bar #178811)
John T. Mullan (State Bar # 221149)
RUDY, EXELROD, ZIEFF & LOWE, L.L.P.
351 California Street, Suite 700
San Francisco, CA  94104
Telephone:  (415) 434-9800
Facsimile:   (415) 434-0513
Email:  dal@rezlaw.com
Email:  jtm@rezlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD PRENTICE, CHRISTIAN MILLER, and TIFFINEY PETHERBRIDGE, on their own behalf and on behalf of classes of those similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>FUND FOR PUBLIC INTEREST RESEARCH, INC.,<br><br>          Defendant.<br>_____/ | Case No.  C-06-7776 SC<br><br><br><br>**[PROPOSED]** ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS AND EXPENSES |

This matter came on for hearing on May 15, 2009, upon Plaintiffs' Motion for Award of Attorneys' Fees and Reimbursement of Costs. The Court having reviewed the motion and supporting papers, and being familiar with the record in these proceedings, and having given final approval to the class action settlement in this matter on the term set forth in the Stipulation of Settlement and Release, and good cause appearing, the Court hereby finds and orders that:

1. The Court has jurisdiction over the subject matter of this action, including the instant motion, the Defendant Fund, and the Class.

2. Notice of the class action settlement, including the request for attorneys' fees and costs reimbursement was sent in accordance with the Preliminary Approval Order and in compliance with Rule 23(h)(1) of the Federal Rules of Civil Procedure by mailing to class members' most recent know addresses.

3. Class members have been given the opportunity to object in compliance with Fed. R. Civ. P. 23(h)(2).

4. The amount of the reasonable attorneys' fees awarded to Class Counsel should be based on the percentage of the common fund approach. *Blum v. Stenson*, 465 U.S. 886, 900 n.16 (1984). An attorneys' fees award of $537,500 is proper based on this Circuit's benchmark of 25 percent. *See e.g., Vizcaino v. Microsoft Corp.*, 290 F.3d 1043 (9th Cir. 2002); *Six Mexican Workers v. Arizona Citrus Growers*, 904 F.2d 1301 (9th Cir. 1990); *Paul, Johnson, Alston & Hunt v. Graulty*, 886 F.2d 268 (9th Cir. 1989). This award is based on attorneys' fees awards issued in similar cases, the Ninth Circuit's 25% benchmark, that the common fund of $2,150,000 was created for the Class through the efforts of Class Counsel, that Class Counsel has litigated this case diligently and has achieved an outstanding result for the Class, that Class Counsel has litigated the case to date without receiving any compensation, and the reasonableness and fairness of the requested award in view of the results obtained, the hours and efforts expended, and the risks undertaken by Class Counsel.

5. The $112,289.05 in litigation costs and expenses incurred by Class Counsel through the end of March 2009 have been adequately documented and were reasonably incurred for the benefit of the Class. Class Counsel have incurred and will continue to incur additional

costs and expenses since March 331, 2009 in connection with moving for final approval of the settlement and approval of a fees and costs award, implementing the settlement, and bringing this matter to a final resolution. The Court finds that reimbursement of costs and expenses in an amount not to exceed $115,000 is reasonable and justified.

**WHEREFORE, THE COURT HEREBY ORDERS:**

Class Counsel are hereby awarded attorneys' fees in the amount of $537,500 and reimbursement of costs and expenses in an amount not to exceed $115,000. The Settlement Administrator shall pay the awarded fees and costs to Class Counsel in accordance with the terms of this Order and the terms set forth in the Stipulation of Settlement and Release. Prior to such payment, Class Counsel shall certify to the Settlement Administrator the then-current amount of Counsel's costs and expenses incurred, which amount, not to exceed $115,000, shall be the amount of the costs reimbursement to be paid to Class Counsel.

**IT IS SO ORDERED.**

Dated: May 15, 2009



Honorable
United States

2
[PROPOSED] ORDER GRANTING FEES AND COSTS
CASE NO. C-06-7776 SC